LOCAL BANKRUPTCY FORM
10071(c)

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                               :    CHAPTER 13
MARY ANN LEONA MALLETS               :
                                     :
    Debtor(s)                        :    CASE NO. 5:18-bk-02845
                                     :
```

## pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, MARY ANN LEONA MALLETS , hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

( )     I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

(X)     I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

( )     My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

( )     I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

( )     I did not receive payment advices due to factors other than those listed above. (Please explain)

_____
_____

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: August 21, 2018

/ s/Mary Ann Leona Mallets
_____
MARY ANN LEONA MALLETS