UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :   CHAPTER  13
MARY ANN LEONA MALLETS               :
                                    :
     Debtor(s)                       :   CASE NO. 5:18-bk-02845-JJT


**<u>DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), AND 1325(a)(8) and (a)(9)</u>**

*If a joint petition is filed each spouse must complete and file a separate certification.*

I, MARY ANN LEONA MALLETS, Debtor, upon my oath according to law, hereby certify as follows:

  1.   That the below information is being supplied for compliance
       with the confirmation hearing date on

  2.   That all post-petition amounts that are required to be paid
       under any and all Domestic Support Obligations have been paid.

  3.   That all applicable Federal, State, and local tax returns, as
       required by 11 U.S.C. Section 1308 have been filed.

  4.   If the confirmation hearing date stated in Paragraph 1 is
       adjourned for any reason, that an updated Certification will
       be filed with the Court prior to any subsequent confirmation
       hearing date in the event any of the information contained in
       this Certification changes.

  5.   If this Certification is being signed by counsel for
       Debtor(s), that the Debtor(s) was/were duly questioned about
       the statements in this Certification and supplied answers
       consistent with this Certification.


I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: August 21, 2018
BY:

/_____
MARY ANN LEONA MALLETS
Debtor(s)