IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                              :    CHAPTER  7
MARY ANN LEONA MALLETS              :
                                    :
    Debtor(s)                       :    CASE NO. 5:18-bk-02845
                                    :
```

## AFFIDAVIT OF DEBTOR CERTIFYING THAT SHE IS NOT REQUIRED TO FILE INCOME TAX RETURNS

    MARY ANN LEONA MALLETS, Debtor herein, under penalty of perjury, hereby certifies and attests that he has not filed nor has been required to file tax returns for tax years 2014, 2015, 2016 and 2017 due to insufficient income. In the event that she has sufficient earnings to require such filing in the present or in future taxable years he will file within the time required or as extended in accordance with appropriate law and rule.


/s/Mary Ann Leona Mallets              Date: August 21, 2018
MARY ANN LEONA MALLETS
Debtor(s)