```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 18-02845-JJT
Mary Ann Leona Mallets                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Aug 27, 2018
                      Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
db          +Mary Ann Leona Mallets,   11 N. Madison St.,   McAdoo, PA 18237-2222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
        C. Stephen Gurdin, Jr   on behalf of Debtor 1 Mary Ann Leona Mallets Stephen@gurdinlaw.com,
         michelle@gurdinlaw.com
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James Warmbrodt   on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
         EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A
         bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                           :   CHAPTER  13
MARY ANN LEONA MALLETS           :
                                 :
    Debtor(s)                    :   CASE NO. 5:18-bk-02845
```

ORDER AUTHORIZING SECOND EXTENSION OF TIME FOR FILING OF SCHEDULES, STATEMENT OF COUNSEL, STATEMENT OF AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME AND CHAPTER 13 PLAN

AT WILKES BARRE IN SAID DISTRICT, after due consideration of the Application for Extension by Debtor for additional time to file the schedules, statement of counsel, statement of affairs, and statement of current monthly income and plan, it is

ORDERED THAT THE TIME FOR THE DEBTOR TO FILE THE SCHEDULES, STATEMENT OF COUNSEL, STATEMENT OF AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME AND CHAPTER 13 PLAN IS HEREBY EXTENDED FOURTEEN (14) DAYS FROM THE DATE OF THIS ORDER.

Dated: August 27, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)