```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                                  Case No. 18-02845-JJT
Mary Ann Leona Mallets                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: TWilson       Page 1 of 1        Date Rcvd: Oct 03, 2018
                            Form ID: ntcnfhrg    Total Noticed: 6
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db            +Mary Ann Leona Mallets,   11 N. Madison St.,   McAdoo, PA 18237-2222
5081982        Andrew J. Mallets,   11 N. Madison St.,   McAdoo, PA 18237-2222
5081983        Berkheimer,   PO Box 25144,   Lehigh Valley, PA 18002-5144
5081984        KML Law Group, P.C.,   701 Market St., Ste. 5000,   Philadelphia, PA 19106-1541
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5081985       +E-mail/Text: jennifer.chacon@spservicing.com Oct 03 2018 19:08:04
                Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250
5108605        E-mail/Text: jennifer.chacon@spservicing.com Oct 03 2018 19:08:04
                U.S. Bank, National Association,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                           TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

```
Date: Oct 05, 2018                        Signature:  /s/Joseph Speetjens
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
            C. Stephen Gurdin, Jr   on behalf of Debtor 1 Mary Ann Leona Mallets Stephen@gurdinlaw.com,
             michelle@gurdinlaw.com
            Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
            James  Warmbrodt   on behalf of Creditor   U.S. Bank, National Association, as Trustee for the
             EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A
             bkgroup@kmllawgroup.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mary Ann Leona Mallets,<br><br>**Debtor 1** | Chapter      13<br><br>Case No.     5:18−bk−02845−JJT |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 30, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 6, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 3, 2018 |

ntcnfhrg (03/18)