# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

MARY ANN LEONA MALLETS

**Debtor(s)**

Objectors:
Standing Chapter 13 Trustee
U.S. Bank, National Association

**Plaintiff(s)/Movant(s)**

vs.

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5 - 18 -bk- 02845

ADVERSARY NO. __-__ ap-_____
(if applicable)

Nature of Proceeding: Confirmation

Hearing/Objections to Plan 10/13/17

Document #: 26

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties are working towards a settlement and need additional time. Trustee and opposing counsel concur in the continuance.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 5, 2018

/s/C. Stephen Gurdin, Jr., Esq.

Attorney for Debtor

Name: C. STEPHEN GURDIN, JR.

Phone Number: 570-826-0481

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.