```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 18-02845-RNO
Mary Ann Leona Mallets                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 1              Date Rcvd: Sep 25, 2020
                              Form ID: pdf010              Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
```
db              +Mary Ann Leona Mallets,    11 N. Madison St.,    McAdoo, PA 18237-2222
5081982          Andrew J. Mallets,    11 N. Madison St.,    McAdoo, PA 18237-2222
5081983          Berkheimer,    PO Box 25144,    Lehigh Valley, PA 18002-5144
5081984          KML Law Group, P.C.,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5081985         +E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2020 17:01:22
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
5108605          E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2020 17:01:22
                 U.S. Bank, National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
```
              C. Stephen Gurdin, Jr    on behalf of Debtor 1 Mary Ann Leona Mallets Stephen@gurdinlaw.com,
               michelle@gurdinlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                          :    CHAPTER  13
MARY ANN LEONA MALLETS           :
                                 :
    Debtor(s)                    :    CASE NO. 5:18-bk-02845-RNO
```

ORDER

AT WILKES-BARRE IN SAID DISTRICT, after due consideration of the Debtor(s)' Motion to Suspend Payments filed on August 31, 2020, Notice to parties in interest having been given, and no Objections having been filed within the time set forth in the Notice served with the said Motion;

and after due consideration, it is

    ORDERED the Debtor(s) Chapter 13 Plan payments are suspended for the period of June 2020 through August 2020 with regular plan payments to resume in September 2020.

Dated: September 25, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (DG)