IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :    CHAPTER  13
MARY ANN LEONA MALLETS          :
                                :
        Debtor(s)               :    CASE NO. 5:18-bk-02845-RNO

## NOTICE

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING:  The Debtor has filed a Motion to Modify Plan.  Pursuant to Local Rule 2002-1(a), the Court will consider this motion without further notice or hearing unless a party in interest files an objection/response on or before **November 17, 2020.** Objections/responses to the Motion shall be filed with the Clerk U.S. Bankruptcy Court. All Objections/responses shall conform to the Federal Rules of Bankruptcy Procedure and shall be filed with the Clerk of Court and served upon the Debtor, and counsel for Debtor and upon the Chapter 13 Trustee.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified.  If no objections are timely filed and served, the Court will deem the motion unopposed and may proceed to consider the motion without further notice or hearing and enter an order granting prayer of the Motion.

C. STEPHEN GURDIN, JR., ESQ                 CHARLES J. DEHART, III, ESQ.
67-69 PUBLIC SQUARE, STE. 501               8125 ADAMS DRIVE, STE. A
WILKES-BARRE, PA 18701-2512                 HUMMELSTOWN, PA 17036
PHONE 570-826-0481                          (CHAPTER 13 TRUSTEE)
FAX (570) 822-7780
E-MAIL: Stephen@gurdinlaw.com,
ADDITIONAL E-MAIL: Michelle@gurdinlaw.com
ATTORNEY FOR DEBTOR(S)

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 S. Main St.<br>Wilkes-Barre, PA 18701<br>(570) 831-2500 | Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours open: Monday-Friday 9:00 AM -4:00 PM | |

DATE OF NOTICE AND DATE OF MAILING: October 27, 2020