# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY ANN LEONA MALLETS     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant     CASE NO: 5-18-02845-MJC

MARY ANN LEONA MALLETS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on July 3, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 3, 2023, the Debtor(s) is/are $2,346.97 in arrears with a plan payment having last been made on May 22, 2023.

In accordance with said stipulation, the case may be dismissed.

Dated: July 3, 2023          Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY ANN LEONA MALLETS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-18-02845-MJC

Movant

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 3, 2023, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

C. STEPHEN GURDIN, JR., ESQ.
69 PUBLIC SQUARE
SUITE 501
WILKES-BARRE PA 18701-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
MARY ANN LEONA MALLETS
11 N. MADISON ST.
MCADOO PA 18237

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 3, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com