United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-02845-MJC |
| Mary Ann Leona Mallets | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 11, 2023 | Form ID: pdf010 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Ann Leona Mallets, 11 N. Madison St., McAdoo, PA 18237-2222 |
| 5081982 | | Andrew J. Mallets, 11 N. Madison St., McAdoo, PA 18237-2222 |
| 5081983 | | Berkheimer, PO Box 25144, Lehigh Valley, PA 18002-5144 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5081984 | ^ | MEBN | Jul 11 2023 18:40:41 | KML Law Group, P.C., 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 5081985 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2023 18:42:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5108605 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 11 2023 18:42:00 | U.S. Bank, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 13, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|

Brian C Nicholas
    on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

C. Stephen Gurdin, Jr
    on behalf of Debtor 1 Mary Ann Leona Mallets Stephen@gurdinlaw.com michelle@gurdinlaw.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor U.S. Bank National Association, as Trustee for the EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| MARY ANN LEONA MALLETS | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 5:18-bk-02845-MJC |

| JACK N. ZAHAROPOULOS | |
|---|---|
| CHAPTER 13 TRUSTEE | |
| vs. | Movant(s) |
| MARY ANN LEONA MALLETS | |
| | Respondent(s) |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 68, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 11, 2023